Jerry B. HOLLAND, Respondent,

v.

**Marcel JOHNSON, Appellant.**

**WD 78099**

Missouri Court of Appeals,
Western District.

ORDER FILED: October 27, 2015

Rehearing Denied December 22, 2015

Jerry B. Holland, Respondent Pro Se.

Marcel Johnson, Appellant Pro Se.

Before Division One: Anthony Rex Gabbert, Presiding Judge, Victor C. Howard, Judge and Cynthia L. Martin, Judge

### ORDER

Per curiam:

Tenant Marcel Johnson appeals a judgment awarding possession of his rental property to Landlord Jerry B. Holland. Johnson argues that the trial court erred because he had timely paid his monthly rent. We affirm. Rule 84.16(b).

We affirm. Rule 84.16(b).